1

Glenn Zuckerman
2  **WEITZ & LUXENBERG, PC**
700 Broadway
3  New York, New York 10003
Telephone: 212-558-5000
4  Facsimile: 212-344-5461
Attorneys for Plaintiffs
5

6

7

8

UNITED STATES DISTRICT COURT
9

NORTHERN DISTRICT OF CALIFORNIA
10

11

12  This Document Relates to:                              )
                                                           )
13  *Donald Whitman, et al. v. Pfizer Inc*                 )    **MDL NO. 1699**
    (06-1350 CRB)                                          )    **District Judge:  Charles R. Breyer**
14                                                         )
    *Mildred Hance v. Pfizer Inc, et al.*                  )
15  (06-1718 CRB)                                          )
                                                           )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* ) **STIPULATION AND ORDER OF**
    (06-2621 CRB)                                          ) **DISMISSAL WITH PREJUDICE**
17                                                         )
    *Rafaela Roman Velez, et al. v. Astra Merck,*          )
18  *Inc., et al.*                                         )
    (06-2649 CRB)                                          )
19                                                         )
    *Luis R. Carrion Velez, et al. v. Astra Merck,*        )
20  *Inc., et al.*                                         )
    (06-2658 CRB)                                          )
21                                                         )
    *Teresita Falcon Matos, et al. v. Astra Merck,*        )
22  *Inc., et al.*                                         )
    (06-2660 CRB)                                          )
23                                                         )
    *Ronny Maria Sanders, et al. v. Pfizer Inc*            )
24  (06-2681 CRB)                                          )
                                                           )
25  *Lori Sargent et al. v. Pfizer Inc*                    )
    (06-3675 CRB)                                          )
26                                                         )
    *James Hall, et al. v. Pfizer Inc*                     )
27  (06-3676 CRB)                                          )
                                                           )
28  *John Hayhurst v. Pfizer Inc, et al.*                  )

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1 | (06-3758 CRB)      )
)
2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* )
| (06-3958 CRB)      )
3 |              )
| *Patricia Knudsen v. Pfizer Inc, et al.* )
4 | (06-4043 CRB)      )
)
5 | *Betty Moncrief, et al. v. Pfizer Inc, et al.* )
| (06-4100 CRB)      )
6 |              )
| *Annette Edelen, et al. v. Pfizer Inc, et al.* )
7 | (06-4147 CRB)      )
)
8 | *Debbie Mitchell v. Pfizer Inc, et al.* )
| (06-4296 CRB)      )
9 |              )
| *Joseph Gastaldi, et al. v. Pfizer Inc, et al.* )
10 | (06-4362 CRB)      )
)
11 | *Demetrio Rubio v. Pfizer Inc, et al.* )
| (06-4449 CRB)      )
12 |              )
| *Earlene McBride, et al. v. Pfizer Inc, et al.* )
13 | (06-4462 CRB)      )
)
14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.* )
| (6-4463 CRB)      )
15 |              )
| *Virginia Thorne v. Pfizer Inc, et al.* )
16 | (06-4464 CRB)      )
)
17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.* )
| (06-4586 CRB)      )
18 |              )
| *Annie White, et al. v. Pfizer Inc, et al.* )
19 | (06-4678 CRB)      )
)
20 | *Martha Stevens, et al. v. Pfizer Inc, et al.* )
| (06-4920 CRB)      )
21 |              )
| *Janette Smith v. Pfizer Inc, et al.* )
22 | (06-4977 CRB)      )
)
23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.* )
| (06-5272 CRB)      )
24 |              )
| *Dawna Garza v. Pfizer Inc, et al.* )
25 | (06-5416 CRB)      )
)
26 | *Ralph Adams, et al. v. Pfizer Inc, et al.* )
| (06-5591 CRB)      )
27 |              )
| *Albert Leong v. Pfizer Inc, et al.* )
28 | (06-5666 CRB)      )

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42581180.1

1

2 | *Catherine Connolly, et al. v. Pfizer Inc, et al.* )
(06-5738 CRB) )
)
3 | *Randy Masker, et al. v. Pfizer Inc, et al.* )
(06-5739 CRB) )
4 | )
*Charlie Rhome, et al. v. Pfizer Inc, et al.* )
5 | (06-5740 CRB) )
)
6 | *Paulette Balda, et al. v. Pfizer Inc, et al.* )
(06-5765 CRB) )
7 | )
*William Halpin, et al. v. Pfizer Inc, et al.* )
8 | (06-5777 CRB) )
)
9 | *Patricia Howard, et al. v. Pfizer Inc, et al.* )
(06-5916 CRB) )
10 | )
*Alice Ryan, et al. v. Pfizer, Inc, et al.* )
11 | (06-5917 CRB) )
)
12 | *William Coleman, et al. v. Pfizer Inc, et al.* )
(06-5918 CRB) )
13 | )
*Monica Mittag, et al. v. Pfizer Inc, et al.* )
14 | (06-5919 CRB) )
)
15 | *Cynthia Smith, et al. v. Pfizer Inc, et al.* )
(06-5963 CRB) )
16 | )
*John Roof v. Pfizer Inc, et al.* )
17 | (06-5964 CRB) )
)
18 | *Lynda Jack, et al. v. Pfizer Inc, et al.* )
(06-5965 CRB) )
19 | )
*Ernest Grant v. Pfizer Inc, et al.* )
20 | (06-5970 CRB) )
)
21 | *Alice L. Pettit, et al. v. Pfizer Inc, et al.* )
(06-5973 CRB) )
22 | )
*Wade Smith, et al. v. Pfizer Inc, et al.* )
23 | (06-5975 CRB) )
)
24 | *Richard Gilmore, et al. v. Pfizer Inc, et al.* )
(06-5977 CRB) )
25 | )
*Sergio Estrada v. Pfizer Inc, et al.* )
26 | (06-5978 CRB) )
)
27 | *John Vallee, et al. v. Pfizer Inc, et al.* )
(06-5981 CRB) )
28 | )

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

1   *Betty Scott, et al. v. Pfizer Inc, et al.*
    (06-5983 CRB)

2

3   *Norman Hamblen, et al. v. Pfizer Inc, et al.*
    (06-6058 CRB)

4   *Dennis Johns, et al. v. Pfizer Inc, et al.*
    (06-6059 CRB)

5

6   *Marion Walker, et al. v. Pfizer Inc, et al.*
    (06-6060 CRB)

7   *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*
    (06-6061 CRB)

8

9   *Mary Gonzales, et al. v. Pfizer Inc, et al.*
    (06-6062 CRB)

10  *Melvin Kenney, et al. v. Pfizer Inc, et al.*
    (06-6064 CRB)

11

12  *Carol Pellini, et al. v. Pfizer Inc, et al.*
    (06-6065 CRB)

13  *Antonio Pratts v. Pfizer Inc, et al.*
    (06-6066 CRB)

14

15  *Mark Childs v. Pfizer Inc, et al.*
    (06-6067 CRB)

16  *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*
    (06-6068 CRB)

17

18  *James E. Garver, et al. v. Pfizer Inc, et al.*
    (06-6070 CRB)

19  *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*
    (06-6071 CRB)

20

21  *Beth Lehman, et al. v. Pfizer Inc, et al.*
    (06-6073 CRB)

22  *Sharon Payne, et al. v. Pfizer Inc, et al.*
    (06-6075 CRB)

23

24  *Nancy Harsh, et al. v. Pfizer Inc, et al.*
    (06-6083 CRB)

25  *Dennis Yeager, et al. v. Pfizer Inc, et al.*
    (06-6084 CRB)

26

27  *Lynda Jack, et al. v. Pfizer, Inc, et al.*
    (06-6087 CRB)

28  *Fred Hardee, et al. v. Pfizer Inc, et al.*

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| 1 | (06-6088 CRB) ) |
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.* ) |
| | (06-6089 CRB) ) |
| 3 | ) |
| | *Willie Vaughn v. Pfizer Inc, et al.* ) |
| 4 | (06-6092 CRB) ) |
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.* ) |
| | (06-6093 CRB) ) |
| 6 | ) |
| | *Douglas Horton v. Pfizer Inc, et al.* ) |
| 7 | (06-6094 CRB) ) |
| 8 | *June N. Bell v. Pfizer Inc, et al.* ) |
| | (06-6095 CRB) ) |
| 9 | ) |
| | *Jerry Rice, et al. v. Pfizer Inc, et al.* ) |
| 10 | (06-6096 CRB) ) |
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.* ) |
| | (06-6097 CRB) ) |
| 12 | ) |
| | *Steven Woods, et al. v. Pfizer Inc, et al.* ) |
| 13 | (06-6098 CRB) ) |
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.* ) |
| | (06-6116 CRB) ) |
| 15 | ) |
| | *April Froehlich, et al. v. Pfizer Inc, et al.* ) |
| 16 | (06-6117 CRB) ) |

17    Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20  each side bearing its own attorneys' fees and costs.

21

22

23

24

25

26

27

28

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

DATED: 10-29, 2009     By: _____

WEITZ & LUXENBERG, PC
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009     By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009     _____
                         Hon. Charles R. Breyer
                         United States District Court

-6-

PFZR/1035934/1132560v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42581180.1